## Commonwealth *v.* Shelbert, Appellant.

Before Moser, J.

Submitted June 9, 1975. *George J. Nagle,* Public Defender,

for appellant; *James J. Rosini,* Assistant District Attorney, and *Samuel C. Ranck,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.